# United States District Court
## Northern District of New York

## CIVIL JUDGMENT

JOHN JAY HUMPHREY

           V.          CASE NUMBER:  5:06-CV-786 (NAM) (DEP)

TWO UNKNOWN FEDERAL EMPLOYEES

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That leave to proceed with this action without payment of the filing fee was granted, however the action is dismissed without prejudice due to plaintiff's failure to comply with the Court's 9/1/2006 Order.  Further it is certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3).

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 16th day of January, 2007.

| | |
|---|---|
| JANUARY 17, 2007 | LAWRENCE K. BAERMAN |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | JOANNE BLESKOSKI |
| | DEPUTY CLERK |